CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DERWIN KENDALL HANNAH, | Civil Action No. 7:12cv00320 |
| Plaintiff, | |
| | **FINAL ORDER** |
| v. | |
| FRANK E. MARDAVICH et al., | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's request for in forma pauperis status is **GRANTED**, and his complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The Clerk is **DIRECTED** to strike this matter from the court's active docket and to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** July 19, 2012.

_____
UNITED STATES DISTRICT JUDGE